UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HEBEI MOUNTAIN SHIPPING CO., LTD.,    :
                                      :
                 Plaintiff,           :   ECF
                                      :   RULE 7.1 STATEMENT
        -against-                     :
                                      :
MERCATOR LINES LTD. and MERCATOR      :
INTERNATIONAL LTD.,                   :
                                      :
                 Defendants.          :
------------------------------------x

*07 CV 10970*

*RECEIVED DEC 03 2007 U.S.D.C. S.D.N.Y. CASHIERS*

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, HEBEI MOUNTAIN SHIPPING CO., LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         December 3, 2007

                          CARDILLO & CORBETT
                          Attorneys for Plaintiff
                          HEBEI MOUNTAIN SHIPPING CO., LTD.

                     By: _____
                          James P. Rau (JR 7209)

                          Office and P.O. Address
                          29 Broadway, Suite 1710
                          New York, New York 10006
                          Tel: (212) 344-0464
                          Fax: (212) 797-1212