Jones

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HEBEI MOUNTAIN SHIPPING CO., LTD., :

               Plaintiff,    :

                v.              :

MERCATOR LINES LTD. and MERCATOR  :
INTERNATIONAL LTD.,
                             :

              Defendants.  :
------------------------------------x

NOTICE OF DISMISSAL
PURSUANT TO FRCP
RULE 41(a)(1)

07 Civ. 10970 (BSJ)

       PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated:    New York, New York
          December 4, 2007

                         CARDILLO & CORBETT
                         Attorneys for Plaintiff
                         HEBEI MOUNTAIN SHIPPING CO., LTD.

          By: _____
               Tulio R. Prieto (TP 8455)

               Office and P.O. Address
               29 Broadway, Suite 1710
               New York, New York 10006
               Tel: (212) 344-0464

12/7/07